No. A–842. WILSON ET AL. *v.* COLORADO. Ct. App. Colo. Application for stay, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. D–398. IN RE DISBARMENT OF ARMENTROUT. Disbarment entered. [For earlier order herein, see 465 U. S. 1017.]

No. D–400. IN RE DISBARMENT OF PRACHT. Andrew White Pracht, of Eglin, Fla., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on February 21, 1984 [465 U. S. 1017], is hereby discharged.

No. D–401. IN RE DISBARMENT OF BALLARD. Disbarment entered. [For earlier order herein, see 465 U. S. 1017.]

No. D–405. IN RE DISBARMENT OF GETTINGER. Disbarment entered. [For earlier order herein, see 465 U. S. 1018.]

No. D–407. IN RE DISBARMENT OF CATES. Disbarment entered. [For earlier order herein, see 465 U. S. 1063.]